# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   RAIE M WILLIAMS                          §
                                                  §     Case No.: 12-04192
                                                  §
                                                  §
         Debtor(s)                                §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/06/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/18/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 8

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,550.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 776.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 776.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 478.37 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 41.13 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 519.50 |
| Attorney fees paid and disclosed by debtor | $ 750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ONEWEST BANK FSB | SECURED | 105,400.00 | 154,995.88 | .00 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | NA | 9,779.46 | .00 | .00 | .00 |
| ONEWEST BANK FSB | UNSECURED | 40,929.80 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | SECURED | 29,259.78 | .00 | .00 | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | 29,259.78 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 19,484.85 | .00 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 19,484.85 | 18,164.51 | 18,164.51 | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 2,842.00 | 7,692.00 | 2,842.00 | 256.50 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 3,201.14 | 386.31 | 4,850.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 704.05 | 707.93 | 707.93 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 374.83 | 376.85 | 376.85 | .00 | .00 |
| L JOHNCO INC | UNSECURED | 480.97 | NA | NA | .00 | .00 |
| ACCELERATED REHAB CE | UNSECURED | 1,010.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 6.01 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 6.01 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1,159.65 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 264.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 2,703.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| EAST SIDE LENDERS | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 911.95 | 911.95 | 911.95 | .00 | .00 |
| HERTZ | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 5,187.88 | 4,883.71 | 4,883.71 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE BANK USA | UNSECURED | 986.21 | 1,025.77 | 1,025.77 | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 496.23 | 326.34 | 326.34 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 969.75 | 2,385.60 | 2,385.60 | .00 | .00 |
| CASH YES | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | 39.77 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 428.75 | 453.75 | 453.75 | .00 | .00 |
| SPEEDWAY | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL & ME | UNSECURED | 1,322.64 | NA | NA | .00 | .00 |
| CITI BANK/DFS | UNSECURED | 4,800.00 | NA | NA | .00 | .00 |
| CITI BANK/DFS | UNSECURED | 5,100.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 327.28 | 633.68 | 633.68 | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 227.28 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 675.86 | NA | NA | .00 | .00 |
| ANERISTAR EAST CHICA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| CONSOLIDATED PUBLIC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ECHO LTD | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,340.50 | NA | NA | .00 | .00 |
| MACYS | UNSECURED | 38.32 | NA | NA | .00 | .00 |
| DEUTSCHE BANK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DVRA BILLING | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FCNB PREFERRED CHARG | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| EMC MORTGAGE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FCNB/MASTERTRUST | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FLAGSTAR BANK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FREEMONT INVESTMENT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| LENSCRAFTERS/GEMB | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GEMB/QVC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT LAKES SPECIALT | UNSECURED | 2,216.94 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 179.78 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 7,000.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL PA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| HOME LOAN SERVICING | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,318.60 | NA | NA | .00 | .00 |
| HSBC/BEST BUY | UNSECURED | 490.44 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 384.67 | 360.29 | 360.29 | .00 | .00 |
| HSBC/RS | UNSECURED | 484.85 | NA | NA | .00 | .00 |
| HZB FINANCIAL SERVIC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,000.00 | 8,123.88 | 8,123.88 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 241.14 | 225.81 | 225.81 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NATIONAL PEN & QUICK | UNSECURED | 219.88 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 2,268.91 | NA | NA | .00 | .00 |
| MIDWEST ANESTHESIOLO | UNSECURED | 3,875.71 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 10.01 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| NATIONAL PENN CORP | UNSECURED | 168.20 | NA | NA | .00 | .00 |
| NATIONAL RECOVERY SV | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 177.05 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 18.75 | NA | NA | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 706.70 | NA | NA | .00 | .00 |
| PAYDAY ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PLATEPASS | UNSECURED | 11.80 | NA | NA | .00 | .00 |
| POPULAR MORTGAGE SER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,191.61 | 2,191.61 | 2,191.61 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| STAMPS.COM | UNSECURED | 88.95 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 17.82 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 26,278.24 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 263.88 | NA | NA | .00 | .00 |
| TARGET NB | UNSECURED | 5,574.40 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 50.00 | 471.33 | 471.33 | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TNB TARGET | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 410.12 | NA | NA | .00 | .00 |
| UNITED ONLINE COLLEC | UNSECURED | 35.80 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| US BANK NA | UNSECURED | 281.47 | 311.47 | 311.47 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                Claim          Claim          Claim     Principal    Int.    |
|   Name         Class    Scheduled      Asserted       Allowed     Paid       Paid    |
|                                                                              |
|WASHINGTON MUTUAL MO  UNSECURED      50.00          NA             NA           .00         .00  |
|WEXLER & WEXLER       UNSECURED      50.00          NA             NA           .00         .00  |
|US BANK NA            UNSECURED         NA       55.00          55.00           .00         .00  |
|ONEWEST BANK FSB      OTHER            .00          NA             NA           .00         .00  |
|ONEWEST BANK FSB      OTHER            .00          NA             NA           .00         .00  |
|CAPITAL ONE NA        SECURED           NA      259.97            .00           .00         .00  |
|CAPITAL ONE NA        UNSECURED         NA      227.28         487.25           .00         .00  |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,842.00 | 256.50 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,842.00 | 256.50 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 707.93 | .00 | .00 |
| **TOTAL PRIORITY:** | 707.93 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 46,238.80 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 519.50 |
| Disbursements to Creditors | $ | 256.50 |
| **TOTAL DISBURSEMENTS:** | $ | 776.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/24/2012                          /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**